THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE C. MOORE and LESTER HAUGHTON, Appellants.

Argued October 7, 1947; decided November 21, 1947.

*John F. Wilkinson* and *Isidore Ehrman* for George Cornelius Moore, appellant.

*I. Saul Fleischman* and *Henry G. McDonough* for Lester Haughton, appellant.

*Samuel J. Foley, District Attorney* (*George Tilzer, Herman J. Fliederblum* and *Nicholas F. Delagi* of counsel), for respondent.

Judgments of conviction affirmed; no opinion. [See 298 N. Y. 500.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.